IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cv-_

SHANE SOLOMON,

    Plaintiff,

vs.

TWIN LANDFILL CORPORATION
d/b/a Twin Enviro Services,

    Defendant.

## COMPLAINT AND JURY DEMAND

Plaintiff Shane Solomon, by his attorney Robert M. Liechty of ROBERT M LIECHTY PC, brings his complaint as follows:

1.    Plaintiff Shane Solomon now lives in Missouri. Defendant Twin Landfill Corporation does business as Twin Enviro Services. Its principal place of business is located in Steamboat Springs, Colorado. Mr. Solomon worked as a general laborer/operator for Twin Enviro at its landfill located in Routt County, Colorado.

2.    Diversity jurisdiction is proper in this Court under 28 USC §1332 because the parties are citizens of different states and the matter exceeds $75,000. Jurisdiction under 28 USC §1331 is also proper in this Court because Mr. Solomon brings a claim under the Americans with Disabilities Act, 42 USC §12101 *et seq.*, as amended in 2009. He filed a charge with the EEOC who gave him a right to sue letter on June 26, 2017. He has timely filed his complaint in this Court.

3. In January, 2014, Mr. Solomon had a motorcycle accident resulting in a traumatic brain injury (TBI). He has reached maximum medical improvement, given the treatment that he can afford. Nonetheless, he still suffers from mental flooding and can be easily overstimulated, especially if he is confronted with too much negative information. He also suffers from anxiety attacks.

4. His TBI is a recognized disability under the ADA, 42 USC §12102, because, if untreated, it substantially interferes with his ability to concentrate and to think.

5. He returned to work in Missouri six months after the accident, in approximately June, 2014, at a small flooring company that he owned with his partner in Missouri. He was able to work without incident. He left that company on July 28, 2015, to move to the Steamboat Springs area, in Colorado, where defendant is located.

6. Mr. Solomon's wife, Amber Solomon, began working for Twin Enviro on August 17, 2015, as a customer service representative. Twin Enviro recruited Mr. Solomon through Amber Solomon and he began working at Twin Enviro as a general laborer on August 28, 2015. From the beginning, Twin Enviro was informed of Mr. Solomon's TBI and its symptoms. Amber told Kat Kelly, the company's acting HR representative, that her husband was a good worker but, because of his TBI, he occasionally needed to step away for a few minutes to calm down.

7. Mr. Solomon did well in his job through October, 2015. However, he was upset with the drinking on the job by Jeff Johnston, the landfill manager; Chris Lovelace, a foreman; and Mark Sweetman, Mr. Solomon's co-employee. Both Mr. Johnston and

Mr. Lovelace had prior drinking-related incidents, so they directed Mr. Solomon to buy alcohol for them first thing in the morning.

8. They would drink in the morning while on the job so that they would be sober enough to blow into their intoxilyzers at the end of work to be able to start their cars to drive home.

9. On January 22, 2016, Mr. Solomon began seeing Dr. Shannon Becker at YampaCare in Craig, Colorado, for anxiety, aggravated by events at work such as the above. He also began therapy with Mind Springs Health on February 23, 2016. Dr. Becker treated him for anxiety, lack of concentration, and excessive worry, noting in February that the symptoms had been worsening up to that point. Over these three months, she adjusted his medications, noting that there were problems in determining, and adjusting to, the best medication.

10. In February, 2016, the company began holding more regular, weekly safety meetings. It also retained a new outside safety consultant, Chris Rainwater, at approximately this time. Mr. Solomon raised his concerns with the company that employees were leaving buckets in the air, an OSHA violation; that untreated water was leaving the site, an EPA violation; that employees were pumping water from a basin to the top of the landfill, an EPA violation; and that employees were drinking on the job, an OSHA violation.

11. On or about March 31, 2016, the shop supervisor, Kevin McCune, asked Mr. Solomon to get a screwdriver for purposes of resetting a breaker on a steam cleaner. Mr. Solomon had no tools of his own and, therefore, he went to Mr. McCune's

tool chest to get the screwdriver. Mr. McCune slapped Mr. Solomon's hand as he was pulling the tool drawer open to take a screwdriver out of it. Mr. McCune reprimanded Mr. Solomon for attempting to touch his tools and talked down to him the rest of the day.

12. Because of Mr. Solomon's mental condition, he reacted extremely adversely to this action. Later that day, Mr. Solomon had his first anxiety attack, suffering from blurred vision, tunnel vision, and lack of peripheral vision. He called his wife, Amber, who told him to leave work.

13. On March 31, Amber spoke to Kat Kelly who sent an e-mail to CEO Marlin Mullet, asking Mr. Mullet "to talk with Kevin [McCune] to explain Shane's TBI." Mr. Mullet forwarded this e-mail to Mr. McCune, who wrote back that "I have zero tolerance for lazy people and dangerous to all [*sic*]. Are we a rehab center now?" For the next three weeks, management avoided contact with Mr. Solomon. Mr. Solomon had no incidents at work over these three weeks and completed his work satisfactorily.

14. Mr. Solomon's medications began working better and, on April 13, 2016, his provider at Mind Springs Health, William Philip, noted that Mr. Solomon was "a bit more calmer [*sic*]."

15. On April 20, 2016, Mr. Johnston told Mr. Solomon that it would be best if he did not return to work for "safety reasons, because I can't really say medical reasons." When he mentioned the phrases "safety reasons" and "medical reasons," he made "air quotes" with his fingers, indicating that the medical reason was the real reason for his termination.

16. Twin Enviro terminated Mr. Solomon because it did not want to deal with his TBI or to accommodate his TBI. This violates 42 USC §12112(a).

17. Mr. Solomon has suffered economic and psychological losses, inconvenience, and loss of enjoyment of life and is entitled to recovery under 42 USC §12117(a), which incorporates 42 USC §2000e-5(f), (g), and (k), and 42 USC §1981(a). He is also entitled to his attorney's fees under 42 USC §12205.

18. It is Colorado's public policy that an employee cannot be retaliated against for reporting EPA or OSHA violations as referenced in ¶ 10 above.

19. Twin Enviro terminated Mr. Solomon in part because he had reported these violations. This violates Colorado's public policy for which Mr. Solomon may recover through a claim of wrongful termination in violation of Colorado's public policy.

20. Mr. Solomon is entitled to a tort recovery under this claim for lost wages and compensatory damages.

Plaintiff requests trial to a jury

Respectfully submitted this September 14, 2017.

> By: s/ *Robert M. Liechty*
> Robert M. Liechty
> ROBERT M LIECHTY PC
> 5105 DTC Parkway, Suite 475
> Greenwood Village, Colorado 80111
> Tel: (303) 830-0500
> Fax: (303) 860-7855
> Email: rliechty@crossliechty.com
> ATTORNEY FOR PLAINTIFF

Address of plaintiff:
50 Southmoore Dr.
Hillsboro, MO 63050